McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID YANG, | No. 08-CV-S-274 MCE JFM |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his application for naturalization, pursuant to 8 U.S.C. § 1447(b). Defendants respectfully inform the Court that plaintiff Yang's application is currently pending clearance by the Federal Bureau of Investigations. CIS has requested that the name check be expedited in this case. Once the FBI has completed the name check, CIS will resume the processing of the application in the most expedited manner possible. Toward the end of resolving the matter at the agency level, the parties therefore stipulate to a 60-day extension of time for the filing of the government's answer.

///
///
///
///

The parties stipulate that the time for filing the government's answer be extended to June 4, 2008.

Dated: April 1, 2008

                                              McGREGOR W. SCOTT
                                              United States Attorney

By:    /s/Audrey Hemesath
           Audrey B. Hemesath
           Assistant U.S. Attorney
           Attorneys for the Defendants

By:    /s/ Michael Paul Karr
           Michael Paul Karr
           Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on June 4, 2008.

IT IS SO ORDERED.

Dated: April 3, 2008

                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE