1  MICHAEL P. KARR, (CA Bar No. 137718)
   LIZBETH A. GALDAMEZ, (CA Bar No. 195987)
2  LAW OFFICES OF MICHAEL P. KARR & ASSOCIATES
   930 Alhambra Boulevard, Suite 270
3  Sacramento, CA 95816
   Telephone (916) 443-2595
4  Fax (916) 443-2515

5  Attorneys For Petitioner,
   David S. Yang
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | DAVID S. YANG,                         )  Case No. 2:08-CV-00274-MCE-JFM
                                            )
12 |        Petitioner,                     )  Agency File No. A046 759 041
                                            )
13 | vs.                                    )
                                            )  NOTICE OF SETTLEMENT OF
14 | MICHAEL B. MUKASEY, Attorney           )  PETITION FOR HEARING ON
     General of the United States; MICHAEL  )  NATURALIZATION APPLICATION
15 | CHERTOFF, Secretary of the U.S.        )  PURSUANT TO 8 U.S.C. SECTION
     Department of Homeland Security; EMILIO)  1447(B); NOTICE OF VOLUNTARY
16 | T. GONZALEZ, Director of U.S.          )  DISMISSAL
     Citizenship and Immigration Services;  )
17 | MICHAEL BIGGS, Field Director of the   )
     Sacramento District of U.S. Citizenship and )
18 | Immigration Services; and ROBERT S.    )
     MUELLER, III, Director of the Federal  )
19 | Bureau of Investigation,                )
                                            )
20 |        Respondents.                    )
     _____  )
21

22     Petitioner, through counsel herein, pursuant to Local Rule 16-160, hereby advises the

23  Court that following a stipulation of the parties and Court order, this matter was remanded to the

24  USCIS for completion of the naturalization process by the agency.  Counsel for Respondent has

25  confirmed to counsel for Petitioner that the matter has been resolved with the naturalization of

26  the Petitioner having been completed on July 2, 2008.

27
                        [Notice of Settlement of Petition for Hearing, 8 U.S.C. 1447(B)]

1     Petitioner further Requests that the Court Issue an Order of Voluntary Dismissal since the
2 matter is now moot.

3 Dated: July ___, 2008                                    Respectfully submitted,

4                                                       /S/

5

6                                            Michael P. Karr,
                                           Attorney for Petitioner

7

8                               ORDER

9     Pursuant to the Petitioner's Notice of Settlement and in light of the naturalization of the
10 Petition making this action moot, IT IS HEREBY ORDERED that the case be and hereby is
11 Dismissed.

12 Dated: July 28, 2008

13                                         _____

14                                         MORRISON C. ENGLAND, JR.
15                                         UNITED STATES DISTRICT JUDGE

                                [Notice of Settlement of Petition for Hearing, 8 U.S.C. 1447(B)]

                                                        2